MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

KINGSBOROUGH HOMES, LLC,

Case No. 08-30900
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS
## THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

Unclaimed Dividends

X    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CITY OF WOODBURY 8301 VALLEY CREEK RD WOODBURY, MN 55125 | 3 | 249.30 | 1.14 |
| US BANK BANKRUPTCY DEPT, P O BOX 5229 CINCINNATI, OH 45201 | 6 | 698.20 | 3.17 |
| NORTHERN STATES POWER DBA XCEL ENERGY, 3215 COMMERCE ST LA CROSSE, WI 54603 | 15 | 1,019.84 | 4.63 |
| JOSHUA AND ANNA YOUNG OR CURRENT RESIDENT, 1258 RICH RIVER NEW RICHMOND, WI 54017 | 17 | 757.24 | 3.44 |

Date:    March 9, 2011

_____
Patti J. Sullivan, Trustee

RECEIVED
11 MAR 10 AM 11:22
U.S. BANKRUPTCY COURT
ST. PAUL, MN

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

March 9, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:    KINGSBOROUGH HOMES, LLC
       Bankruptcy Case No.: 08-30900

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than
$5 for Deposit to Registry Funds report, along with check no. 118 in the amount of
$12.38 regarding the above-referenced case. If you have any questions, please feel free
to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: ack

Enclosures